BANK OF LAUDERDALE *et al. v.* W. Q. COLE.

[64 South. 214.]

APPEAL AND ERROR. *Time of taking appeal. Limitations.*
  The filing of an appeal bond within two years after the rendition of a judgment or decree appealed from, stops the running of the statute limiting the time within which appeals may be taken, although no citation was served.

APPEAL from the chancery court of Yazoo county.
HON. T. A. WOOD, Chancellor.

Suit between the Bank of Lauderdale and others and W. T. Cole. From a judgment for the bank and others, the defendant appeals.

The facts are sufficiently stated in the opinion of the court.

*S. A. Witherspoon,* attorney for appellant.

*Baskin & Wilbourn,* attorney for appellee.

SMITH, C. J., delivered the opinion of the court.

The filing of an appeal bond within two years after the rendition of a judgment or a decree appealed from stops the running of the statute limiting the time within which appeals may be taken, although no citation was served. *McAlister* v. *Richardson,* 57 So. 547. There is no merit, therefore, in appellee's contention that the appeal in this case is barred; and this being the only objection to the relief prayed for, the appellants will be granted sixty days within which to perfect the record.

*Remanded.*